AUGUST WESTPHAL et al., Appellants, *v.* THE CITY OF NEW
YORK, Respondent.

(Submitted January 25, 1904; decided January 29, 1904.)

Motion for reargument denied, with ten dollars costs. (See
177 N. Y. 140.)

---

JOANNA M. COPELAND, Respondent, *v.* METROPOLITAN STREET
RAILWAY COMPANY, Appellant.

*Copeland* v. *Metropolitan Street Ry. Co.,* 78 App. Div. 418, affirmed.
(Submitted January 15, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Janu-
ary 31, 1903, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A.
Robinson* for appellant.

*M. P. O'Connor* and *J. Brownson Ker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN and CULLEN, JJ. Not sitting: GRAY, J.